1056

No. 502, Misc. ERB *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David B. Stanton,* Deputy Attorney General, for respondent.

No. 570, Misc. KAST ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of S. F. Certiorari denied. *Leigh Athearn* for petitioners. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg* and *James B. Cuneo,* Deputy Attorneys General, for respondent.

No. 634, Misc. ADAMS *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied. *William E. Gray* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 745, Misc. MARSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Max O. Truitt, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Ronald L. Gainer* for the United States.

No. 855, Misc. SULLIVAN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *David Berman* for petitioner. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for respondent.